UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE PRESTON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-0336 JLT HBK<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF MAURICE PRESTON AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

Plaintiff Maurice Preston and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on May 3, 2022.  (Doc. 26 at 1-2.)  Pursuant to the terms of the stipulation, the matter shall be remanded for "the ALJ to further evaluate the medical opinion evidence" and issue a new decision.  (*Id.* at 1.)  In addition, the parties stipulated judgment shall be entered "in favor of Plaintiff, and against the Defendant, reversing the final decision of the Commissioner."  (*Id.* at 1-2.)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

2. Plaintiff's opening brief (Doc. 25) is terminated as moot.

///

1

3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Maurice Preston and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **May 3, 2022**

UNITED STATES DISTRICT JUDGE