1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11    MAURICE PRESTON,                          )   Case No.: 1:21-cv-0336 JLT HBK
                                                )
12              Plaintiff,                       )   ORDER AWARDING ATTORNEY'S FEES AND
                                                )   EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)
13         v.                                    )
                                                )   (Doc. 30)
14    KILOLO KIJAKAZI[1],                        )
      Acting Commissioner of Social Security,    )
15                                               )
                Defendant.                       )
16                                               )

17          On August 2, 2022, Maurice Preston and Kilolo Kijakazi, the Acting Commissioner of Social

18    Security, stipulated that Plaintiff be awarded fees and expenses in the amount of $8,600.00 pursuant to

19    the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 30.)  Accordingly, the Court **ORDERS:**

20          1.      Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** attorney's fees

21                  and expenses in the amount of $8,600.00 under 28 U.S.C. § 2412(d).

22          2.      Plaintiff's motion for fees (Doc. 29) is terminated as moot.

23

24    IT IS SO ORDERED.

25      Dated:   **August 5, 2022**                        _Jennifer L. Thurston_____
26                                                          UNITED STATES DISTRICT JUDGE

27

28
      ─────────────────────
              [1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security.
      (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of
      Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).